AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Inocencio OSORIO-Mancinas<br><br>*Defendant(s)* | )<br>)<br>) Case No: 25-596 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 01, 2025</u> in the county of <u>Luna</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: 8 U.S.C 1326(a) and (b)- Reentry of a Removed Alien, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On April 1, 2025, the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. At the time of their encounter, the defendant admitted that they were a citizen of Mexico and had illegally entered the United States from Mexico at a place not designated as a lawful port of entry. Criminal records indicate that the defendant was convicted of 8 U.S.C 1326(a) and (b)- Reentry of a Removed Alien on or about September 22, 2022. Immigration records indicate that the defendant was subsequently deported from the United States on or about September 22, 2022. Immigration records do not indicate that the defendant has ever applied for, nor received the consent of the appropriate authority of the United States to re-apply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Sergio Garcia Agent
_Printed name and title_

Sworn to ~~before me and signed in my presence~~ by telephone

Date: April 3, 2025

_Judge's signature_

City and state: Las Cruces, N.M.

Kevin R. Sweazea, U.S. Magistrate Judge
_Printed name and title_