FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY -5 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-1023 SMV |
| vs. | ) 8 U.S.C. §§ 1326(a) and (b): |
| | ) Re-entry of a Removed Alien. |
| **INOCENCIO OSORIO-MANCINAS,** | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about April 1, 2025, the defendant, **INOCENCIO OSORIO-MANCINAS**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Luna County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about September 22, 2022, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

*RYAN ELLISON*
United States Attorney

GRANT B. GARDNER
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304